**No. 51830.**—T. Sumida & Co., Ltd. *v.* United States, protest 638365–G (Honolulu).

Opinion by CLINE, J. It was stipulated that the bean flour is similar in all material respects to that the subject of *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197). The claim at 35 percent under paragraph 775 was therefore sustained.

**No. 51831.**—Tebor, Inc., et al. *v.* United States, protests 113728–K, etc. (New York).

Opinion by CLINE, J. It was stipulated that certain items marked "A" consist of earthenware articles composed of a nonvitrified absorbent body, not artificially colored and composed wholly of clay, which articles are painted, colored, tinted, stained, enameled, gilded, printed, ornamented, or decorated. As to these items of merchandise, the claim of the plaintiffs was sustained. The protests were abandoned as to all items not marked "A". As to these items, the protests were dismissed.